## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Jerome Moyston

        v.                                      Civil No. 09-cv-45-PB

Hillsborough County Department
of Corrections, Superintendent, et al

### O R D E R

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $8.00 is due no later than May 16, 2009.  In addition, 20% of each preceding month's income credited to plaintiff's account is to be remitted by the Hillsborough County Department of Corrections when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

        **SO ORDERED.**

                                _____
                                James R. Muirhead
                                United States Magistrate Judge

Date: April 16, 2009

cc:   Jerome Moyston, *pro se*
      Bonnie S. Reed, Financial Administrator
      Hillsborough County Department of Corrections, Inmate
          Accounts