UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Jerome Moyston</u>

           v.                  Case No. 09-cv-45-PB

<u>James O/Mara, et al.</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated August 31, 2009.

SO ORDERED.

September   21, 2009         /s/ Paul Barbadoro
                                         Paul Barbadoro
                                         United States District Judge

cc:    Jerome Moyston, Pro Se