```
                                              U.S. DISTRICT COURT
                                               DISTRICT OF N.H.
                                                   FILED

                                              2010 JAN -8 A 10: 27
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jerome Moyston

    v.                                        Civil No. 09-cv-45-PB

Hillsborough County DOC, et al

## O R D E R

The request to add plaintiff's third addendum to his complaint is denied. New claims and/or new parties must be in a new complaint or added only by appropriate motion under Fed. R. Civ. P. Rules 15 or 20.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: January 8, 2010

cc:    Jerome Moyston, *pro se*
        John A. Curran, Esq.