```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>Jerome Moyston</u>

    **v.**                                    Case No. 09-cv-45-PB

<u>Hillsborough County Dept. of
Corrections, et al.</u>

### O R D E R

The plaintiff filed a motion to compel but he has failed to inform the court of his current address as is required by L.R. 83.6.  The court cannot act on the motion without a hearing and the court cannot schedule a hearing without knowing the plaintiff's current address.  Accordingly, the motion to compel is denied without prejudice and the case shall be stayed for 90 days.  If the plaintiff fails to provide the court with a current address within the next 90 days, his complaint shall be dismissed without prejudice.

    SO ORDERED.

                                                   /s/Paul Barbadoro
                                                 Paul Barbadoro
                                                 United States District Judge

June 17, 2010

cc:  Jerome Moyston, pro se
     John A. Curran, Esq.
     Todd J. Hathaway, Esq.