UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jerome Moyston

      v.         Case No. 09-cv-45-PB

Hillsborough County Dept of Corrections, et al

O R D E R

The plaintiff has failed to comply with my Order dated June 17, 2010, accordingly, this case is dismissed without prejudice.

SO ORDERED.

September 27, 2010        /s/ Paul Barbadoro
                Paul Barbadoro
                United States District Judge

cc:  Jerome Moyston, Pro Se
    John Curran, Esq.
    Todd Hathaway, Esq.